1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| **RODERICK HIMES,** | Case No. CV13-7937 PSG (PJW) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| **v.** | |
| **J. LAZAR,** | |
| Defendant. | |

18     In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant
19  to the stipulation of the parties, this action is dismissed with prejudice.  Each party
20  is to bear his or her own costs, fees, and expenses of any type, including attorney's
21  fees.  There is no prevailing party in this action.
22      **IT IS SO ORDERED.**
23
24  Dated:  _5/4/14_
25                                          The Hon. Philip S. Gutierrez
26
27
28

                                    1